■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELEUTHERIUS AUGUSTE, Appellant. [755 NYS2d 314] —Appeal by

the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered October 17, 2000, convicting him of criminal possession of a controlled substance in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove that he knowingly possessed a controlled substance is without merit. Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Nkemakolam,* 212 AD2d 813 [1995]; *see also People v Hine,* 254 AD2d 43 [1998]). Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84 [1903]). It should be given great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Altman, J.P., Florio, H. Miller and Adams, JJ., concur.